UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LILIANA E. RODRIGUEZ, INDIVIDUALLY AND AS NEXT FRIEND OF S.C., A MINOR | § § § | |
| V. | § § | CIVIL ACTION NO. 5:18-CV-157 |
| RODNEY EARL MANGUM AND RJ LOGISTICS, LLC | § § § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

### 1.   STATE COURT ACTION

1.1   Now comes RODNEY EARL MANGUM AND RJ LOGISTICS, LLC, Defendants in a civil action brought on May 16, 2018, in the 49th District Court of State of Texas, County of Webb, entitled "Liliana E. Rodriguez, Individually and as Next Friend of S.C., a Minor vs. Rodney Earl Mangum and RJ Logistics, LLC," Cause No. 2018CVA000951D1. The citation and petition in this action were served on RJ LOGISTICS, LLC, Defendant, on or about October 13, 2018. As of the filing of this Notice of Removal, the return of service has not been filed with the Court. Robert Earl Mangum has not been personally served with the citation and petition, but he has not been home in more than a week. A package was delivered to his personal residence last week, but he is currently unaware what it is. It may be suit papers. A copy of all process and pleadings filed in the state court action or served is attached.

## 2. PARTIES

2.1     Plaintiff, Liliana E. Rodriguez, Individually and as Next Friend of S.C., a Minor is a citizen of Texas and an individual residing in Webb County, Texas.

2.2     Defendant, Rodney Earl Mangum is a citizen of Michigan and an individual residing in Simpson County, Michigan.

2.3     Defendant, RJ Logistics, LLC, is a foreign limited liability company formed under the laws of the State of Michigan and operating under the laws of the State of Michigan. Defendant's principal place of business is in Macomb County, Michigan.

## 3. JURISDICTION

3.1     This Court has jurisdiction over the subject matter of this cause, pursuant to 28 U.S.C. § 1332 because this is a civil action in which the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

3.2     Pursuant to Plaintiff's Original Petition, it is evident that alleged damages are over the jurisdictional limit. *McPhail v. Deere & Co.*, 529 F.3d 947 (10th Cir. Okla. 2008); *Meridian Sec. Ins. Co. v. Sadowski*, 441 F.3d 536 (7th Cir. Ill. 2006); *Luckett v. Delta Airlines, Inc.*, 171 F.3d 295 (5th Cir. La. 1999). Based on the allegations in the complaint as well as the alleged severity of the injuries sustained by the Plaintiff, the damages sought are in excess of $75,000.

3.3     Plaintiffs are seeking reasonable medical care and expenses incurred in the past and which they will incur with reasonable probability in the future, physical pain and mental anguish in the past and which they will incur with reasonable probability in the future, and physical impairment in the past and which they will incur with reasonable probability in the future.

3.4     Therefore, as this court has jurisdiction over this cause pursuant to 28 U.S.C. § 1332, this cause is removable to federal court pursuant to 28 U.S.C. §§ 1441 and 1446.

## 4. VENUE

4.1     Venue is proper in the Southern District of Texas under 28 U.S.C. § 1441(a) because the state court where suit has been pending (49th District Court of State of Texas, County of Webb) is located in the Southern District of Texas.

## 5. PRAYER

5.1     WHEREFORE, RODNEY EARL MANGUM AND RJ LOGISTICS, LLC, pursuant to these statutes and in conformance with the requirements set forth in *28 U.S.C. § 1446*, remove this action for trial from Cause No. 2018CVA000951D1; *Liliana E. Rodriguez, Individually and as Next Friend of S.C., a Minor vs. Rodney Earl Mangum and RJ Logistics, LLC*," on this 23rd day of October, 2018.

Respectfully submitted,

**ESPEY AND ASSOCIATES, PC**
12400 San Pedro Avenue, Suite 200
San Antonio, Texas 78216
Telephone:     (210) 404-0333
Facsimile:     (210) 404-0336
*Email:  espeyservice@lawespey.com

By: _____
R. MATT LAIR
State Bar No. 11795410
*Email:  espeyservice@lawespey.com

ATTORNEY FOR DEFENDANTS,
RODNEY EARL MANGUM AND
RJ LOGISTICS, LLC
*service by email to this address only

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of October, 2018, a true and correct copy of the foregoing document has been forwarded via CM/ECF upon the following attorneys of record:

>Paula A. Wyatt
>WYATT LAW FIRM, LTD.
>21 Lynn Batts Lane, Suite 10
>San Antonio, Texas 78218
>Telephone: (210) 340-5550
>Facsimile: (210) 340-5581
>e-serve@wyattlawfirm.com

_____
R. MATT LAIR

4