United States District Court
Southern District of Texas
**ENTERED**
November 14, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| **LILIANA E. RODRIGUEZ, individually and as next friend of S.C., a minor,** § § § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 5:18-CV-157** |
| § | |
| **RODNEY EARL MANGUM and RJ LOGISTICS, LLC,** § § § | |
| Defendants. § | |

## ORDER

Before the Court is the parties' Joint Rule 41 Stipulation of Dismissal. (Dkt. No. 27). Parties in a civil suit may generally dismiss the suit without a court order upon the filing of "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). None of the general rule's exceptions apply here. *See* Fed. R. Civ. P. 41(a).

Because the stipulation was signed in accordance with Rule 41(a)(1)(a)(ii) by all parties who have appeared in this case, all of Plaintiff's claims were dismissed with prejudice effective upon the filing of the Stipulation of Dismissal. (Dkt. No. 27 at 2); *See Odle v. Flores*, 899 F.3d 344, 353–55 (5th Cir. 2017) ("[S]tipulated dismissals under Rule 41(a)(1)(A) . . . become effective immediately without further court order.").

The Clerk of Court is hereby **DIRECTED** to terminate this case.

It is so **ORDERED**.

**SIGNED** on November 14, 2019.

John A. Kazen
United States Magistrate Judge